# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

LAUSTEVEION JOHNSON,

    Plaintiff,

v.

DICUES, *et al.*,

    Defendants.

Case No. 2:17-cv-03045-RFB-NJK

ORDER TO PRODUCE
LAUSTEVEION JOHNSON, #82138

TO:    MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    BRIAN E. WILLIAMS, SR., HIGH DESERT STATE PRISON
        INDIAN SPRINGS, NV
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **LAUSTEVEION JOHNSON, #82138,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **LAUSTEVEION JOHNSON, #82138,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Tuesday, January 29, 2018, at the hour of 10:00 a.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the

Court entitled above, until the said **LAUSTEVEION JOHNSON, #82138**, is released and discharged by the said Court; and that the said **LAUSTEVEION JOHNSON, #82138** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 22nd day of January, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**