# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

LAUSTEVEION JOHNSON,

    Plaintiff,

v.

DICUES, *et al.*,

    Defendants.

Case No. 2:17-cv-03045-RFB-NJK

ORDER TO PRODUCE
DERRICK VALENTINE,
#1131801

TO:    LT. DOUG GORDON, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    BRIAN E. WILLIAMS, SR., HIGH DESERT STATE PRISON
        INDIAN SPRINGS, NV
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **DERRICK VALENTINE, #1131801,** presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **DERRICK VALENTINE, #1131801,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Monday, January 28, 2018, at the hour of 1:30 p.m., for the continued TRO and Preliminary Injunction hearing in the instant matter, and arrange for his appearance on said date

as may be ordered and directed by the entitled above, until the said **DERRICK VALENTINE, #1131801,** is released and discharged by the said Court; and that the said **DERRICK VALENTINE, #1131801,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 24th day of January, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**