# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

LAUSTEVEION JOHNSON,

          Plaintiff,

    v.

DICUES, *et al.*,

          Defendants.

Case No. 2:17-cv-03045-RFB-NJK

ORDER TO PRODUCE

LAMAR WEBB, #1189646

TO:      LT. DOUG GORDON, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:      BRIAN E. WILLIAMS, SR., HIGH DESERT STATE PRISON
            INDIAN SPRINGS, NV
            UNITED STATES MARSHAL FOR THE DISTRICT OF
            NEVADA AND ANY OTHER UNITED STATES MARSHAL

     **THE COURT HEREBY FINDS** that **LAMAR WEBB, #1189646,** presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

     **IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **LAMAR WEBB, #1189646,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Monday, January 28, 2018, at the hour of 1:30 p.m., for the continued TRO and Preliminary Injunction hearing in the instant matter, and arrange for his appearance on said date

as may be ordered and directed by the entitled above, until the said **LAMAR WEBB,  #1189646,** is released and discharged by the said Court; and that the said **LAMAR WEBB,  #1189646,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

    **DATED** this <u>24th</u> day of January, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**