# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

LAUSTEVEION JOHNSON,

    Plaintiff,

v.

DICUES, *et al.*,

    Defendants.

Case No. 2:17-cv-03045-RFB-NJK

ORDER TO PRODUCE
BERNARD YOUNG, #1125646

TO: LT. DOUG GORDON, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: RENEE BAKER, WARDEN, LOVELOCK CORRECTIONAL CENTER< LOVELOCK, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **BERNARD YOUNG, #1125646,** presently in custody of the Nevada Department of Corrections, located at Lovelock Correctional Center, Lovelock, NV.

**IT IS ORDERED** that the Warden of Lovelock Correctional Center, or her designee, shall transport and produce **BERNARD YOUNG, #1125646,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Monday, January 28, 2018, at the hour of 1:30 p.m., for the continued TRO and Preliminary Injunction hearing in the instant matter, and arrange for his appearance on said date

as may be ordered and directed by the entitled above, until the said **BERNARD YOUNG, #1125646,** is released and discharged by the said Court; and that the said **BERNARD YOUNG, #1125646,** shall thereafter be returned to the custody of the Warden, Lovelock Correctional Center, Lovelock Correctional Center, Lovelock, NV, under safe and secure conduct.

**DATED** this 24th day of January, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**