# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br>    Plaintiff(s),<br>v.<br>DICUES, et al.,<br>    Defendant(s). | Case No.: 2:17-cv-03045-RFB-NJK<br><br>**ORDER**<br><br>(Docket No. 40) |

Pending before the Court is Defendants' motion for an extension of time to respond to Plaintiff's amended complaint. Docket No. 40. For good cause shown, the Court **GRANTS** the motion. *Id.* Accordingly, Defendants shall respond to Plaintiff's amended complaint no later than February 29, 2020. No further extensions will be granted.

IT IS SO ORDERED.

Dated: January 31, 2020

                                                Nancy J. Koppe
                                                United States Magistrate Judge