**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>DICUES, *et al.*,<br><br>    Defendants. | Case No. 2:17-cv-03045-RFB-NJK<br>**ORDER GRANTING**<br><br>**MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL (ECF NO. 67)**<br>**(FIRST REQUEST)** |

    Defendants, Jennifer Nash, James Dzurenda, Julio Calderin, Aaron Dicus, and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Katlyn M. Brady, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, request this Court grant a four (4)-day extension to respond to Plaintiff's motion to compel discovery. Defendants' response is currently due today, **June 21, 2021**. Defendants seek an extension until this Friday, **June 25, 2021**.

///

///

///

///

///

Page 1

## I. INTRODUCTION

On June 7, 2021, Plaintiff filed a motion to compel discovery.[1] ECF No. 67. Upon being alerted to the outstanding discovery, counsel worked with staff and Defendants to ensure the discovery was promptly responded to.[2]

Following the motion to compel, counsel was out of the office for several days due to a medical issue. In addition, counsel was required to complete a motion for summary judgment assigned to another attorney to ensure the deadline was not missed or extended. As a result, counsel has been unable to complete the response to the motion to compel.

## II. LEGAL ARGUMENT

A court may extend the deadline to respond to a motion when the moving party demonstrates good cause. Federal Rules of Civil Procedure 6(b)(1)(A).

Defendants respectfully request a four (4)-day extension, from **June 21, 2021**, to **June 25, 2021**, to respond to Plaintiff's motion to compel. Although the motion is likely moot due to Defendants' responses, Defendants request this short extension to complete the opposition. This will allow Defendants to demonstrate to the Court that several of the requests, which include questions regarding Defendants' personal religious beliefs and Defendants' sexual histories, are irrelevant, disproportional, and intended solely to harass Defendants.

Defendants assert good cause exists based upon counsel's medical absence and the sudden assignment of a motion for summary judgment due June 15, 2021. All of counsel's workload, and not just this opposition, was affected by counsel's medical illness and sudden assignment of the motion for summary judgment. Counsel has begun the process of drafting

---

[1] Defendants served responses to the outstanding discovery on June 7, 2021; June 14, 2021; and June 16, 2021.

[2] It appears an error occurred during the discovery intake process. Counsel takes full responsibility for this error and has worked with staff to ensure it does not reoccur. In Plaintiff's motion, he makes numerous misrepresentations regarding counsel's and his meet and confer. Although those will be fleshed out and detailed in counsel's opposition, it bears noting that at no point during the meet and confer did counsel state the discovery was sitting on her desk and that the Defendants "may" respond.

the opposition but requests this short extension to ensure all necessary arguments are fully addressed. Plaintiff will not be prejudiced by this short request as Plaintiff already received the outstanding discovery.

### III. CONCLUSION

Defendants respectfully request a four (4)-day extension, from **June 21, 2021**, to **June 25, 2021**, to complete the opposition to Plaintiff's motion to compel.

DATED this 21st day of June, 2021.

AARON D. FORD
Attorney General

By: /s/ Katlyn M. Brady
KATLYN M. BRADY (Bar No. 14173)
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: June 22, 2021

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE