UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>           Plaintiff,<br>v.<br>DISCUES, *et al.*,<br><br>           Defendants. | Case No. 2:17-cv-03045-RFB-NJK<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE APPEARANCE FOR LAUSTEVEION JOHNSON, #82138** |

TO:   KYLE OLSEN, WARDEN, NORTHERN NEVADA CORRECTIONAL CENTER, CARSON CITY, NV

THE COURT HEREBY FINDS that **LAUSTEVEION JOHNSON, #82138**, is presently in custody of the Nevada Department of Corrections, located at Northern Nevada Correctional Center, Carson City, Nevada.

IT IS HEREBY ORDERED that the Warden of Northern Nevada Correctional Center or his designee, shall arrange for and produce by videoconference, **LAUSTEVEION JOHNSON, #82138** on or about, **June 3, 2022 at the hour of 2:00 PM** by videoconferencing at the scheduled hearing and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **LAUSTEVEION JOHNSON, #82138,** is released and discharged by the said Court; and that **LAUSTEVEION JOHNSON, #82138** , shall thereafter be returned to the custody of the Warden, Northern Nevada Correctional Center, Carson City, Nevada under safe and secure conduct.

**DATED** this 25th day of May, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**