# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>DICUES, et al.,<br><br>    Defendant(s). | Case No. 2:17-cv-03045-RFB-NJK<br><br>**Order**<br><br>[Docket No. 103] |

Pending before the Court is a motion to vacate the settlement conference, Docket No. 103, which is unopposed, Docket No. 107.  The Court hereby **SETS** a hearing on that motion for 3:00 p.m. on August 8, 2022, in Courtroom 3C.

Plaintiff will appear for the hearing by telephone.  Defense counsel must promptly contact the undersigned's courtroom deputy (Ari Caytuero) to facilitate Plaintiff's appearance at the hearing.  Mr. Caytuero can be reached at (702) 464-5566.

IT IS SO ORDERED.

Dated: July 25, 2022

                                                    _____
                                                    Nancy J. Koppe
                                                    United States Magistrate Judge

1