# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br>　　Plaintiff(s),<br>v.<br>DICUES,<br>　　Defendant(s). | Case No. 2:17-cv-03045-RFB-NJK<br><br>**Order** |

On June 8, 2022, the Court set this matter for a settlement conference. Docket No. 101. In so doing, the Court ordered unambiguously that "[a]ll individual parties" must appear at the settlement conference. *Id.* at 2. To the extent a party or his counsel did not believe an appearance was warranted, the Court provided a straightforward mechanism for seeking to be excused from the appearance requirement by filing a written request for such relief. *Id.* ("Any request for an exception to the above attendance requirements must be filed and served on all parties within 14 days of the issuance of this order"). This case involves several individual defendants, none of whom filed a request to be excused from participating in the settlement conference. Nonetheless, the defense settlement statement omits these defendants from the list of defense appearances at the settlement conference.

In addition to the above deficiency, Defendants have not identified in their settlement statement the first offer they anticipate making at the settlement conference. *But see* Docket No. 101 at 3.

Accordingly, no later than noon on August 29, 2022, Defendants must submit a revised settlement statement (1) identifying all participating persons, as well as an email address for each, and (2) providing the terms of their anticipated opening offer to Plaintiff.

IT IS SO ORDERED.

Dated: August 26, 2022

                                                                                    Nancy J. Koppe
United States Magistrate Judge